# WEINER LESNIAK LLP
## *Attorneys at Law*

**Alan J. Baratz**
*NJ BAR*
*ajbaratz@weinerlesniak.com*

*Please respond to New Jersey Location*

629 Parsippany Road
P. O. Box 0438
Parsippany, New Jersey 07054-0438
(973) 403-1100  /  (973) 403-0010 (fax)

New York Location:

888 Veteran's Memorial Highway
Suite 540
Hauppauge, New York 11788
631-232-6130   631-232-6184 (fax)

VIA: E-filing

April 11, 2011

The Honorable Esther Salas, U.S.M.J.
U.S. District Court
M.L. King Jr. Federal Bldg. &
 U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:  Germe v. Township of Edison et al.
Docket No: 2:10cv-02528 (PGS/ES)
Claim No: U98975
DOL: May 20, 2008
Our File No: 87024

Dear Magistrate Judge Salas:

Our firm represents Police Officer Scot Sofield in connection with the above referenced matter, which is currently the subject of several defendants' motions for a stay of discovery, or in the alternative a protective order. Your Honor during our recent teleconference granted defendants the opportunity to supplement their submissions in support of that application given developments in regard to a Federal Grand Jury investigation occurring after the defense motions were fully briefed.

Ms. Dvorak on behalf of Police Officer Capriglione submitted a 3-page Supplemental Letter Memorandum with a copy of the Grand Jury Subpoena dated March 28, 2011 in further support of her client's application, and I respectfully request that on behalf of Officer Sofield I be permitted to rely on Ms. Dvorak's additional argument and analysis of the relevant factors enunciated by the Court in Walsh v. Securities, Inc. v. Cristo Property Management, Ltd., No. 7 F.Supp. 2d. 532, 526 (D.N.J. 1998).

Case 2:10-cv-02528-PGS -ES   Document 51    Filed 04/11/11   Page 2 of 2 PageID: 275

Thank you.

                                     Respectfully submitted,

                                     WEINER LESNIAK LLP

                                     By: _____
                                          Alan J. Baratz
                                          A Member of the Firm

AJB:tb
cc:   Lennox S. Hinds, Esq.
      Lori A. Dvorak, Esq.
      Christopher J. Killmurray, Esq.
      Pat Bradshaw, Esq.
      John Kane, Esq.
      Lawrence Bitterman, Esq.
      Irwin Escribino, Scibal

299118v1  87024 judge salas ltr ajb 4-8-11