UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| LINUS GERME, | : |
| Plaintiff, | : Civil No.: 10-2528 (CCC) |
| v. | : ORDER |
| TOWNSHIP OF EDISON, ET AL | : |
| Defendants | : |

This matter having come before the Court by way of a Settlement Conference held on January 30, 2013, and the Court having reviewed the terms of the Settlement placed on the record on the 30th day of January 2013;

IT IS ON THIS ____, day of February, 2013.

ORDERED that Plaintiff's Counsel shall be paid sixty-eight thousand dollars ($68,000.00), or one-third of the global Settlement of two hundred and five thousand dollars ($205,000.00), as Counsel fees and expenses.

_____
JOSEPH A. DICKSON
United States Magistrate Judge